

 

 Teller, Levit & Silver-
trust, for appellant; Leon Silvertrust, and H. J. Goldberger, of counsel;
Grossman & Grossman, and Kelner & Kelner, for appellee; Lester N.
Grossman, and Louis N. Grossman, of counsel. Opinion by PRESIDING
JUSTICE FEINBERG. Not to be published in full. Opinion filed December
30, 1953; released for publication February 3, 1954.

## Andrew Watts, Plaintiff-Appellee, v. Staunton Lumber Company, Inc., Defendant-Appellant.

### Term No. 53-O-14. (Abstract of Decision.)

 James L. Reed, by James H. Parsons, Jr., for
appellant; Wesley Lueders, and Randall Robertson, for appellee. Opin-
ion by JUSTICE BARDENS. Not to be published in full. Opinion filed
January 11, 1954; released for publication February 4, 1954.